CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 05 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

## ATTACHMENT A

### Property to Be Searched

### I. The Cell Towers

This Application applies to certain records and information associated with the following cellular telephone towers ("cell towers") at the following dates and times:

| Cell Towers | Dates | Times |
|---|---|---|
| **All Cell Towers that provide service to 724 W 4th Street, Salem, VA 24153** | May 21, 2018 | 1000 to 1200 hours EDT |
| | May 25, 2018 | 0245 to 0305 hours EDT |

| Cell Towers | Dates | Times |
|---|---|---|
| **All Cell Towers that provide service to 1326 E Washington Avenue, Vinton, VA 24179** | May 28, 2018 | 0135 to 0150 hours EDT |